UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MARGARET CORBETT, )
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:11-CV-742-BO
)
JOHN M. MCHUGH, SECRETARY OF )
THE ARMY, )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's Motion to Dismiss is GRANTED. The Clerk is instructed to close the file.

**This Judgment Filed and Entered on January 25, 2013, and Copies To:**

Margaret L. Corbett (via regular mail to 461 Forest Woods Drive, Raeford, NC 28378)
Shailika K. Shah (via CM/ECF Notice of Electronic Filing)

DATE                                                JULIE A. RICHARDS, CLERK
January 25, 2013                               /s/ Susan K. Edwards
                                                                (By) Susan K. Edwards, Deputy Clerk